# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. CASTILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. OJEDA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00569 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 17) |

Christopher R. Castillo is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Doc. 1.)

The assigned magistrate judge issued the first screening order on December 5, 2025, finding that Plaintiff adequately pleaded certain cognizable claims and failed to cognizably allege other claims, granted Plaintiff leave to amend, and directed Plaintiff to file a response to the screening order within 30 days. (Doc. 15.) When Plaintiff failed to timely file a response as directed in the screening order, on January 15, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action for Plaintiff's failure to prosecute and comply with the Court's orders. (Doc. 17.) The magistrate judge noted that Plaintiff had failed to file by the deadline either an amended complaint or a notice of intent to stand on his complaint as screened, notwithstanding the Court's order to do so. (*Id.* at 1-2.) The magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), regarding

dismissal for failure to comply with a court order and recommended dismissal without prejudice. (*Id.* at 2-4.)

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 21 days. (*Id.* at 4.) The findings and recommendations advised Plaintiff that failure to file objections within the specified time may result in the waiver of certain rights on appeal. (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) Plaintiff did not file any objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings that Plaintiff failed to prosecute the action and failed to comply with the Court's orders are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations (Doc. 17) issued on January 15, 2026, are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    **February 23, 2026**

UNITED STATES DISTRICT JUDGE

2